MAY 29, 1979

No. 78–1553.  BEGGANS *v.* PUBLIC FUNDS FOR PUBLIC SCHOOLS OF NEW JERSEY ET AL.; and

No. 78–1556.  BYRNE, GOVERNOR OF NEW JERSEY, ET AL. *v.* PUBLIC FUNDS FOR PUBLIC SCHOOLS OF NEW JERSEY ET AL. Affirmed on appeal from C. A. 3d Cir.  THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 78–1516.  WESSEL *v.* PENNSYLVANIA STATE BOARD OF LAW EXAMINERS.  Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 78–1523.  FLOYD *v.* TEXAS.  Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 78–1521.  EPSTEIN ET AL. *v.* ADLER, BARISH, DANIELS, LEVIN & CRESKOFF.  Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–6238.  JACKSON *v.* MARTIN, WARDEN.  Appeal from C. A. 6th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–6547.  STEIN *v.* ANDRESS ET AL.  Appeal from Ct. Civ. App. Tex., 5th Sup. Jud. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.